## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **OSVALDO VILLA on Behalf of Himself and on Behalf of All Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. : 4:24-cv-726** |
| | § § | |
| **v.** | § § | |
| | § | |
| **CORTES STEEL ERECTIONS, INC,** | § § | |
| **Defendant.** | § | **JURY TRIAL DEMANDED** |

### ORDER

Before the Court is the Parties' Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Court, having reviewed the stipulation, finds that it should be **GRANTED**.  Accordingly, it is

**ORDERED** that Plaintiff Osvaldo Villa's claims against Defendant Cortes Steel Erections, Inc. are **DISMISSED WITH PREJUDICE**, and this case is DISMISSED.

**IT IS SO ORDERED.**

**SIGNED** this 7th day of October, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE